IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JANELLE MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FOCUS RECEIVABLES MANAGEMENT, LLC, RANDY WILLIAMS, BRIAN DOOLEY and JASON KIRKPATRICK, in their individual capacities,<br><br>　　　　Defendants. | No. 1:12-cv-01328-PJK-ACT |

ORDER

　　　　THIS MATTER came on for consideration of Defendants' Motion to Partially Dismiss Plaintiff's Complaint filed February 25, 2013. Doc. 17. Plaintiff has not filed a timely response, nor has the court been alerted to any agreed extension. See D.N.M. LR-Civ. 7.4(a). In accordance with D.N.M. LR-Civ. 7.1(b), the failure to file a response brief in opposition constitutes consent to grant the motion.

　　　　NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that:

　　　　(1) Defendants' Motion to Partially Dismiss Plaintiff's Complaint filed February 25, 2013 is granted;

(2) Counts I (federal discrimination) and II (federal retaliation) of the Complaint (Doc. 1) are dismissed against the individual Defendants Randy Williams, Brian Dooley, and Jason Kirkpatrick with prejudice;

(3) Count III (assault and intentional infliction of emotional distress (IIED)) of the Complaint is dismissed against the individual Defendant Randy Williams with prejudice;

(4) Individual Defendant Randy Williams is dismissed as a party-defendant with prejudice; and

(5) The IIED claim contained in Count III is dismissed with prejudice.

DATED this <u>5th</u> day of April 2013, at Santa Fe, New Mexico.

*Paul Kelly Jr.*
United States Circuit Judge
Sitting by Designation